

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00723-CR

Michael P. **CARACHEO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR17-040
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's attorney has filed a motion seeking access to a portion of the record that is sealed. The motion is GRANTED, and appellant's attorney is directed to contact the Clerk of this court to make arrangements to review the sealed record. If the State desires to access the sealed record at a later date, the State also must contact the Clerk of this court to make the necessary arrangements. All parties and their attorneys are ORDERED: (1) to fully comply with the instructions provided by the Clerk of this court regarding their access to the sealed record; and (2) not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or the State reference the sealed record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court